IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00242-MR

| | |
|---|---|
| BARBARA BOYCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EATON CORPORATION LONG ) <br> TERM DISABILITY PLAN, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Johanna Fabrizio Parker as counsel *pro hac vice*. [Doc. 13]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 13] is **ALLOWED**, and Johanna Fabrizio Parker is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: March 3, 2017

Martin Reidinger
United States District Judge